■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE MOORE, Appellant. [27 NYS3d 396]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 18, 2014 (*People v Moore,* 118 AD3d 916 [2014]), affirming a judgment of the Supreme Court, Kings County, rendered October 19, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Roman, J.P., Sgroi, Cohen and LaSalle, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON MORALES, Appellant. [27 NYS3d 393]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 23, 2000 (*People v Morales,* 276 AD2d 721 [2000]), affirming a judgment of the Supreme Court, Kings County, rendered November 16, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Hall, J.P., Roman, LaSalle and Barros, JJ., concur.